Order issued: September 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01617-CV

## DAWN DORSEY DANIELS, Appellant

V.

## RONALD TURMAN, Appellee

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-11-07831-E

## ORDER

By order dated July 24, 2012, the Court ordered Vikki Ogden, Official Court Reporter of County Court at Law No. 5 of Dallas County, Texas, to file either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. We cautioned appellant that if we received verification of no request, we would order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). On August 30, 2012, the Court received a letter from Ms. Ogden informing the Court that she did not receive a request to prepare the reporter's record.

Accordingly, we **ORDER** the appeal submitted without the reporter's record. Appellee's brief is due September 28, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE